# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DAMON WHEELER, SR.,        :    No. 20 WAP 2023

            Appellant        :

            v.             :

DEPARTMENT OF CORRECTIONS, ET AL.,     :

            Appellees        :

## <u>ORDER</u>

**PER CURIAM**

**AND NOW,** this 21st day of May, 2024, upon consideration of the responses to the Rule to Show Cause issued by this Court on February 21, 2024, the Rule is DISCHARGED.

Appellant's instant appeal is from the September 25, 2023 order of the Commonwealth Court. As the proceedings before the Commonwealth Court are continuing, with that court considering motions for judgment on the pleadings, the order dated September 25, 2023, is not a final order. *See* Pa.R.A.P. 341(b) (defining a final order). Accordingly, this appeal is QUASHED.

Appellant's "Consolidated Motion for Leave to Expand Record" is DISMISSED.